```
                  United States District Court
                    District of Massachusetts
```

|  |  |
|---|---|
| **Islam Faisal Muhammad Ibrahim Abdelrasoul,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 24-10988-NMG |
| **Trustees of Boston University,** ) ) | |
| Defendant. ) ) | |

**MEMORANDUM & ORDER**

Pending before the Court are ex parte motions of pro se plaintiff Islam Faisal Muhammad Ibrahim Abdelrasoul to allow electronic service (Docket No. 2) and for a temporary restraining order and preliminary injunction (Docket No. 3).

Plaintiff's motion to allow electronic service will be denied. He is required to serve defendant pursuant to Fed. R. Civ. P. 4, which does not provide for electronic service of process under these circumstances.

Plaintiff's motion for a temporary restraining order will be denied because he has not certified in writing any effort made to give notice to defendant or the reasons why such notice should not be required. Fed. R. Civ. P. 65(b)(1)(B).

Plaintiff alternatively seeks a preliminary injunction but such an injunction may only be issued after notice to the

adverse party. Fed. R. Civ. P. 65(a)(1).  The Court will convene a hearing on plaintiff's motion for a preliminary injunction on Thursday, April 25, 2024 at 3:00 PM, Courtroom #4, Moakley Courthouse if and only if plaintiff properly notifies defendant of this lawsuit and the scheduled hearing on his motion on or before Monday, April 22, 2024.

### ORDER

For the foregoing reasons,

Plaintiff's motion to allow electronic service (Docket No. 2) is **DENIED**;

Plaintiff's motion for a temporary restraining order (Docket No. 3) is **DENIED.**

The Court will hold a hearing on plaintiff's motion for a preliminary injunction at 3:00 PM on Thursday, April 25, 2024, provided proper notice of such hearing is given to defendant on or before Monday, April 22, 2024.

**So ordered.**

/s/ Nathaniel M. Gorton  
Nathaniel M. Gorton  
United States District Judge

Dated: April 18, 2024